# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                             Chapter 13

                             Bankruptcy No. 17-13911-MDC

ROBERT J GRIB

1007 TRUMAN ROAD

NORRISTOWN, PA 19403

       Debtor

## CERTIFICATE OF SERVICE

     **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ROBERT J GRIB

1007 TRUMAN ROAD

NORRISTOWN, PA 19403

**Counsel for debtor(s), by electronic notice only.**
DANIEL T MCGRORY ESQUIRE
144 E DEKALB PIKE
STE 300
KING OF PRUSSIA, PA 19406

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                            /s/ William C. Miller

Date: 7/31/2017

                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee