IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>ROBERT J. GRIB<br>　　　　Debtor<br>BERNADETTE GRIB<br>　　　　Co-Debtor<br><br>SPECIALIZED LOAN SERVICING LLC<br>　　　　Movant<br><br>WILLIAM C. MILLER<br>　　　　Trustee | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | BK. No. 17-13911 MDC<br><br>Chapter No. 13 |

## ANSWER

1-11.   Denied.  Debtor is current with post-petition payments and/or is desirous of entering into a stipulation to cure any post-petition arrearage over a six (6) month period.

　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　BELLO, REILLEY, McGRORY & DiPIPPO, P.C.

Dated:   Oct. 17, 2017　　　　By:   /s/ Daniel T. McGrory
　　　　　　　　　　　　　　　　　DANIEL T. MCGRORY, ESQUIRE