IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>ROBERT J. GRIB<br>　　　　　Debtor<br><br>BERNADETTE GRIB<br>　　　　　Co-Debtor<br><br>SPECIALIZED LOAN SERVICING LLC<br>　　　　　Movant<br><br>WILLIAM C. MILLER<br>　　　　　Trustee | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | BK. No. 17-13911 MDC<br><br>Chapter No. 13 |

### CERTIFICATE OF SERVICE

I, Daniel T. McGrory, Esquire, hereby certify that on October 16, 2017, I served a true and correct copy of the Answer to Plaintiff's Motion for Relief from Automatic Stay on the following persons by United States first class mail, postage pre-paid, addressed as follows:

>　Rebecca A. Solarz, Esquire
>　KML Law Group, P.C.
>　BNY Mellon Independence Center
>　701 Market St., Ste. 5000
>　Philadelphia, PA  19106

Dated: Oct. 17, 2017　　　　BY: /s/ Daniel T. McGrory
　　　　　　　　　　　　　　　　Daniel T. McGrory, Esquire
　　　　　　　　　　　　　　　　Attorney for Respondents