**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 17-13911-MDC

ROBERT J GRIB

1007 TRUMAN ROAD

NORRISTOWN, PA 19403

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROBERT J GRIB

    1007 TRUMAN ROAD

    NORRISTOWN, PA 19403

Counsel for debtor(s), by electronic notice only.

    DANIEL T MCGRORY ESQUIRE
    144 E DEKALB PIKE
    STE 300
    KING OF PRUSSIA, PA 19406

Date: 4/12/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee