**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :
                                    :   CHAPTER 13
ROBERT J. GRIB                      :
                                    :   No: 17-13911-MDC
         Debtor                     :

## CERTIFICATE OF SERVICE

I, Daniel T. McGrory, Esquire, hereby certify that on April 19, 2018, I have served a true and correct copy the First Amended Chapter 13 Plan on the following persons by United States first class mail, postage pre-paid, addressed as follows:

SEE ATTACHED LIST

Bello, Reilley, McGrory & DiPippo, P.C.

Date: April 19, 2018         BY: /s/ Daniel T. McGrory
                             Daniel T. McGrory, Esquire
                             144 E. DeKalb Pike, Suite 300
                             King of Prussia, PA 19406
                             (610) 992-1300

```
Label Matrix for local noticing          (p)CITY OF PHILA SCHOOL DISTRICT OF PHILA    Pennsylvania Department of Revenue
0313-2                                    MUNICIPAL SERVICES BUILDING                 Bankruptcy Division
Case 17-13911-mdc                         1401 JOHN F KENNEDY BLVD 5TH FLOOR          P.O. Box 280946
Eastern District of Pennsylvania          PHILADELPHIA PA 19102-1617                  Harrisburg, PA 17128-0946
Philadelphia
Thu Apr 19 09:45:39 EDT 2018

Synchrony Bank                            U.S. Attorney Office                        Philadelphia
c/o PRA Receivables Management, LLC       c/o Virginia Powel, Esq.                    900 Market Street
PO Box 41021                              Room 1250                                   Suite 400
Norfolk, VA 23541-1021                    615 Chestnut Street                         Philadelphia, PA 19107-4233
                                          Philadelphia, PA 19106-4404

Capital One Bank (USA), N.A.              Capital One Bank USA                        Citibank, N.A.
PO Box 71083                              P.O. Box 30281                              121 South 13th Street
Charlotte, NC 28272-1083                  Salt Lake City, UT 84130-0281               Lincoln, NE 68508-1904


Citibank, N.A.                            Daniel T. McGrory, Esquire                  Gregg L. Morris, Esquire/Bryan J. Polas,
Firstmark Services                        Pizonka, Reilley, Bello & McGrory, P.C.     Patenaude & Felix, APC
PO BOX 82522                              144 E. DeKalb Pike                          501 Corporate Drive
Lincoln, NE 68501-2522                    Suite 300                                   Southpoint Center, Suite 205
                                          King of Prussia, PA 19406-2150              Canonsburg, PA 15317-8584

Matteo S. Weiner, Esquire                 Michael F. Ratchford, Esquire               Navient
KML Law Group, P.C.                       Abrahamsen Ratchford, P.C.                  P.O. Box 9500
Atty for Specialized Loan Servicing       409 Lackawanna Avenue                       Wilkes Barre, PA 18773-9500
701 Market Street, Suite 5000             Suite 320
Philadelphia, PA 19106-1541               Scranton, PA 18503-2059

Navient Solutions, LLC. on behalf of      PRA Receivables Management, LLC             Robert J. Grib
Educational Credit Management Corporatio  PO Box 41021                                1007 Truman Road
PO BOX 16408                              Norfolk, VA 23541-1021                      Norristown, PA 19403-4073
St. Paul, MN 55116-0408


SYNCB/HHGREG                              Specialized Loan Servicing LLC              Specialized Loan Servicing LLC
P.O. Box 965036                           8742 Lucent Blvd, Suite 300                 8742 Lucent Boulevard
Orlando, FL 32896-5036                    Highlands Ranch, Colorado 80129-2386        Suite 300
                                                                                      Hidden Ranch, CO 80129-2386


US DEPT OF EDUCATION                      USDOE/GLELSI                                United States Trustee
CLAIMS FILING UNIT                        2401 International Lane                     Office of the U.S. Trustee
PO BOX 8973                               P.O. Box 7859                               833 Chestnut Street
MADISON, WI 53708-8973                    Madison, WI 53707-7859                      Suite 500
                                                                                      Philadelphia, PA 19107-4405


DANIEL T. MCGRORY                         WILLIAM C. MILLER, Esq.
Pizonka, Reilley, Bello & McGrory, P.C.   Chapter 13 Trustee
144 East DeKalb Pike                      P.O. Box 1229
Suite 300                                 Philadelphia, PA 19105-1229
King of Prussia, PA 19406-2150
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Philadelphia
City of Philadelphia Law Dept.
Tax Unit/Bankruptcy Dept
1515 Arch Street 15th Floor
Philadelphia, PA 19102-1595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Specialized Loan Servicing LLC

(d)Robert J. Grib
1007 Truman Road
Norristown, PA 19403-4073

End of Label Matrix
Mailable recipients    25
Bypassed recipients     2
Total                  27