United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-13911-mdc
Robert J. Grib                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 2              Date Rcvd: Aug 17, 2018
                              Form ID: pdf900           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.
```
db          +Robert J. Grib,   1007 Truman Road,   Norristown, PA 19403-4073
cr          +Specialized Loan Servicing LLC,   14841 Dallas Pkwy Suite 300,    Dallas, TX 75254-7883
13929511    +Citibank, N.A.,   121 South 13th Street,   Lincoln, NE 68508-1904
13984333    +Citibank, N.A.,   Firstmark Services,   PO BOX 82502,   Lincoln, NE 68501-2522
13929508    +Daniel T. McGrory, Esquire,   Pizonka, Reilley, Bello & McGrory, P.C.,    144 E. DeKalb Pike,
              Suite 300,   King of Prussia, PA 19406-2150
13929512    +Gregg L. Morris, Esquire/Bryan J. Polas,,   Patenaude & Felix, APC,    501 Corporate Drive,
              Southpoint Center, Suite 205,   Canonsburg, PA 15317-8584
13940860    +Matteo S. Weiner, Esquire,   KML Law Group, P.C.,   Atty for Specialized Loan Servicing,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13929513    +Michael F. Ratchford, Esquire,   Abrahamsen Ratchford, P.C.,    409 Lackawanna Avenue,
              Suite 320,   Scranton, PA 18503-2059
13950755     Navient Solutions, LLC. on behalf of,   Educational Credit Management Corporatio,
              PO BOX 16408,   St. Paul, MN 55116-0408
13947390    +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
13929515    +Specialized Loan Servicing LLC,   8742 Lucent Boulevard,   Suite 300,
              Hidden Ranch, CO 80129-2386
13990161     US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON, WI 53708-8973
13929517    +USDOE/GLELSI,   2401 International Lane,   P.O. Box 7859,   Madison, WI 53707-7859
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Aug 18 2018 02:17:15    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2018 02:16:30
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2018 02:17:02    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 02:22:18    Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13951345     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 02:22:17
              Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13929510    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 02:22:05    Capital One Bank USA,
              P.O. Box 30281,   Salt Lake City, UT 84130-0281
13929514    +E-mail/PDF: pa_dc_claims@navient.com Aug 18 2018 02:22:19    Navient,   P.O. Box 9500,
              Wilkes Barre, PA 18773-9500
13930209    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2018 02:22:31
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13929516    +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 02:22:04    SYNCB/HHGREG,   P.O. Box 965036,
              Orlando, FL 32896-5036
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13929509*     +Robert J. Grib,   1007 Truman Road,   Norristown, PA 19403-4073
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Virginia             Page 2 of 2                  Date Rcvd: Aug 17, 2018
                              Form ID: pdf900            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DANIEL T. MCGRORY    on behalf of Debtor Robert J. Grib dmcgrory@pmrbm.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT J GRIB                              Chapter 13

                    Debtor         Bankruptcy No. 17-13911-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___16th___ day of ___August___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DANIEL T MCGRORY ESQUIRE
144 E DEKALB PIKE
STE 300
KING OF PRUSSIA, PA 19406

Debtor:
ROBERT J GRIB

1007 TRUMAN ROAD

NORRISTOWN, PA 19403